**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| DEBORAH MILTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-06086-CV-SJ-DW |
| v. | ) | |
| | ) | |
| CHAMPION HOME BUILDERS CO., | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Before the Court is Plaintiff's motion to dismiss without prejudice (Doc. 14). The Court

hereby ORDERS that this case is dismissed without prejudice. See Fed. R. Civ. P. 41(a). The

clerk of court shall mark this case as closed.

SO ORDERED.


/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge


Date:  October 14, 2005